STATE v. MONTGOMERY

No. 529P93

Case below: 112 N.C.App. 546

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 March 1994.

STATE v. OSBORNE

No. 496P93

Case below: 112 N.C.App. 546

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 March 1994.

STATE v. SKIPWITH

No. 24P94

Case below: 112 N.C.App. 853

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 March 1994.

STATE v. SMITH

No. 18P94

Case below: 112 N.C.App. 853

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 March 1994.

WILKINSON v. SRW/CARY ASSOCIATES

No. 15P94

Case below: 112 N.C.App. 846

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 3 March 1994.